76 CROWN STREET CORPORATION, Appellant, v. CITY OF NEW YORK et al., Respondents.—

1006

Christ, P. J., Rabin, Hopkins, Munder and Latham, JJ., concur.